In the Matter of the Claim of LEWIS R. MEARIAN, Respondent, against LEONARD MISCALL, Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 26, 1935; decided March 12, 1935.)

*B. B. Aylesworth* for appellant.

*John W. MacDonald, Horace E. Whiteside, Simon Rosenzweig* and *Lloyd L. Rosenthal* for Leonard Miscall, respondent.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

*Abraham W. Feinberg* for John Furey, *amicus curiæ.*

Order of the Appellate Division in so far as appealed from reversed and award of the State Industrial Board as against the insurance carrier dismissed, with costs in all courts, for the reason that neither Furey nor Durgin had authority to place the insurance. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.